UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                            No. 24-CR-009-LTS

KWAME ANDERSON,                            ORDER

       Defendant.

-------------------------------------------------------x

       The initial pretrial conference in this case is scheduled to proceed **on January 19, 2024, at 12:00 p.m.** in Courtroom 17C.

       The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding at least 24 hours in advance of the proceeding.

       SO ORDERED.

Dated: New York, New York               /s/ Laura Taylor Swain
       January 9, 2024                     LAURA TAYLOR SWAIN
                                              Chief United States District Judge