UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                                   No.  24-CR-009-LTS

KWAME ANDERSON,                                        <u>Order</u>

        Defendant.

-------------------------------------------------------x

        A status conference in this case is scheduled to proceed on April 18, 2024, at 11:00 a.m., in Courtroom 17C.  The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding at least 24 hours in advance of the proceeding.

        SO ORDERED.

Dated: New York, New York                    /s/ Laura Taylor Swain
      April 8, 2024                           LAURA TAYLOR SWAIN
                                              Chief United States District Judge