UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                                                                    No. 24-CR-009-LTS

KWAME ANDERSON,                                                                 ORDER

          Defendant.

-------------------------------------------------------x

The Court is in receipt of the Defendant's motion for reconsideration (docket entry no. 32) of the Court's May 28, 2024 Memorandum Order denying the Defendant's Motion to Suppress (docket entry no. 29). Pursuant to Local Rule 49.1, the Government has fourteen days, until June 26, 2024, to file any opposition papers. Defense reply papers will be due by July 3, 2024.

SO ORDERED.

Dated: New York, New York                        /s/ Laura Taylor Swain
         June 13, 2024                                 LAURA TAYLOR SWAIN
                                                             Chief United States District Judge