UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                                      No. 24-CR-009-LTS

KWAME ANDERSON,                                    AMENDED SCHEDULING ORDER

        Defendant.

-------------------------------------------------------x

        The next status conference in this case is now scheduled to proceed on December 5, 2024, at 3:30 p.m., in Courtroom 17C. The parties are directed to email Chambers at SwainNYSDCorresp@nysd.uscourts.gov any documents they would like the Court to consider during or in connection with the proceeding at least 24 hours in advance of the proceeding.

        SO ORDERED.

Dated: New York, New York                    /s/ Laura Taylor Swain
       August 30, 2024                         LAURA TAYLOR SWAIN
                                                 Chief United States District Judge