UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

    -v-                                                                                No. 24CR9-LTS

KWAME ANDERSON,

                      Defendant.

-------------------------------------------------------------X

**ORDER**

       Telemachus P. Kasulis, Esq., is relieved as CJA counsel for the defendant.  Lance Clarke, Esq., is now appointed as CJA counsel for the defendant in the above-captioned matter.

       SO ORDERED.

Dated:  New York, New York
           November 26, 2024

                                                    /s/ *Laura Taylor Swain*
                                                    LAURA TAYLOR SWAIN
                                                    United States District Judge