```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :
                                    :        1:24-cr-00009-LTS-1
     -against-                      :             ORDER
                                    :
 Kwame Anderson                     :
                                    :
     Defendant                      :
                                    :
------------------------------------X
```

Laura Taylor Swain, United States Chief District Judge:

Upon the report of Pretrial Services, it is hereby ORDERED that the defendant's bail be modified to include the conditions of mental health evaluation and treatment under the guidance of Pretrial Services.

Dated: New York, New York

March 26, 2025

SO ORDERED:

/s/ Laura Taylor Swain
_____
Laura Taylor Swain
Chief U.S. District Judge