UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-

KWAME ANDERSON,

        Defendant.

-----------------------------------------------------------x

No.  24-CR-009-LTS

## ORDER

Lance A. Clarke, Esq., and Ethan Van Buren, Esq., are relieved as CJA counsel for the defendant. Calvin Scholar, Esq., is now appointed as CJA counsel for the defendant in the above-captioned matter.

SO ORDERED.

Dated: New York, New York
      February 11, 2026

LAURA TAYLOR SWAIN
Chief United States District Judge