

225 BROADWAY
SUITE 715
NEW YORK, NY 10007
T: 212 323 6922
F: 212 323 6923

April 17, 2026

**VIA E-MAIL and ECF**

The Honorable Laura Taylor Swain
United States Chief District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:     United States of America v. Kwame Anderson
        24 Cr. 009 (LTS)

Dear Chief Judge Swain:

I am the attorney for the defendant in the above-referenced matter. Mr. Anderson pleaded guilty to possessing a firearm after sustaining a felony conviction and sentencing has been scheduled for May 5, 2026. I write respectfully to request that the Court permit me to have access to the defendant's Final Presentence Report which is currently under seal preventing me from accessing the document.

Respectfully submitted,

/s/

Calvin H. Scholar

cc:     Office of the United States Attorney for the
        Southern District of New York

The foregoing request is granted. Probation is respectfully directed to share a digital copy of the Final Presentence Report with counsel for Mr. Anderson. This order resolves docket entry no. 86.

SO ORDERED.
/s/ Laura Taylor Swain, Chief U.S.D.J.
Dated: April 17, 2026