UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

       -against-

KWAME ANDERSON,

              Defendant.

24-CR-009-LTS

ORDER

A bail review hearing in this case is scheduled to proceed on **Thursday, May 21, 2026, at 11:30 A.M.** in Daniel Patrick Moynihan Courthouse (500 Pearl Street, New York, NY 10007), Courtroom 17C.

SO ORDERED.

Dated: New York, New York
      May 18 2026

          /s/ Laura Taylor Swain
          LAURA TAYLOR SWAIN
          Chief United States District Judge