UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>KWAME ANDERSON,<br><br>Defendant. | 24-CR-009-LTS |

### ORDER

It is hereby ORDERED that the defendant's bail be modified to permit him to work a flexible overnight schedule. However, in the event the defendant is not working at a location reported in advance to Pretrial Services or in need of immediate medical attention, he is restricted to his approved residence during the hours identified in the Court's order dated June 25, 2025, specifically from 11:00pm to 9:00am. The defendant is to provide documentation of any overnight absence from the home as requested by Pretrial Services.

It is further ORDERED that the defendant maintain his current residence, or a residence approved in advance by Pretrial Services.  All other existing bail conditions remain in place, including but not limited to the requirement that the defendant abide by the directions of Pretrial Services.

Dated: New York, New York
     May 21, 2026

 

LAURA TAYLOR SWAIN
Chief United States District Judge