UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-vs-

KWAME ANDERSON,

          Defendant.

---

ORDER ON MOTION
TO ADMIT COUNSEL
*PRO HAC VICE* AND WAIVE
ADMISSION FEE

24-cr-9-LTS-1; 13-cr-414-LTS-3

Assistant Federal Public Defender Martin J. Vogelbaum has filed a motion to be admitted *pro hac vice* on behalf of defendant Kwame Anderson. The motion further requests that the Court waive the *pro hac vice* admission fee.

For the reasons given therein, AFPD Vogelbaum's motion is GRANTED. AFPD Vogelbaum is admitted *pro hac vice* on behalf of Kwame Anderson. The *pro hac vice* filing fee is waived.

SO ORDERED.

/s/ Laura Taylor Swain, Chief U.S.D.J.
Dated: June 18, 2026